FILED
2021 Jun-29  PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

PROB 12C
(07/03)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** | Demarcus Vidale Coleman |
| **Case Number:** | 2:16-CR-00194-AKK-JEO |
| **Name of Sentencing Judicial Officer:** | Honorable Abdul K. Kallon |
| **Date of Original Sentence:** | December 15, 2016 |
| **Original Offense:** | 18 U.S.C. 922(g)(1); 924(a)(2) - Felon in Possession of a Firearm |
| **Original Sentence:** | Fifty-seven (57) months custody of the Bureau of Prisons.  Sentence to run concurrently with the sentence imposed in Jefferson County Circuit Court, Case CC 2014-314, and any yet-to-be imposed sentences in Jefferson County, Alabama, Circuit Court Cases CC 2016-2129, CC 2016-2130 and CC 2016-2931.  Sentence to be followed by three (3) years of supervised release with special conditions. |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | December 31, 2020 |
| **Original Asst. U.S. Attorney:** | Kathryn M. McHugh |
| **Original Defense Attorney:** | J. Derek Drennan |

### Petitioning the court

☐   To issue a warrant
☒   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C                                        2

Petition for Warrant or Summons<br>for Offender Under Supervision

Name of Offender: Demarcus Vidale          Docket No: 2:16-CR-00194-AKK-JEO
Coleman

---

**Violation Number**     Nature of Noncompliance

**Special Condition:**   On December 15, 2016, Demarcus Vidale Coleman, was
                         ordered to participate in a mental health/vocational
                         rehabilitation program.  On or about the following dates,
                         Demarcus Vidale Coleman failed to keep counseling
                         appointments as directed by the probation officer with the
                         following vendors:

                         **March 1, 2021: Psychological Evaluation**
                         Vendor: Grayson & Associates

                         **April 29, 2021: Psychological Evaluation**
                         Vendor: Grayson & Associates

                         NOTE: Mr. Coleman was subsequently referred to
                         another vendor, Without Walls, for a psychological
                         assessment which was to take place upon completion of
                         his substance abuse assessment.  He failed to respond to
                         the initial telehealth appointment as noted below.

**Special Condition:**   On December 15, 2016, Demarcus Vidale Coleman, was
                         ordered that he shall participate in the Drug and Alcohol
                         Intensive Counseling and Aftercare Service Program
                         (DAICASP) conducted by the probation office (or a
                         comparable program conducted in the district of
                         supervision).  This program may include (a) testing by the
                         probation officer or an approved vendor to detect drug or
                         alcohol abuse, (b) a mandatory drug education program
                         (which may include individual or group counseling
                         provided by the probation office or an approved vendor),
                         (c) placement in a residential treatment program or
                         community corrections center for up to 270 days at the
                         direction of the probation officer (with the defendant to

PROB 12C                              3

Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Demarcus Vidale          Docket No: 2:16-CR-00194-AKK-JEO
Coleman

pay the cost of subsistence if the probation officer
determines that the defendant has the ability to do so), and
(d) home confinement subject to electronic monitoring for
a maximum period of ninety (180) days at the direction of
the probation officer (with the defendant to pay the cost of
monitoring if the probation officer determines that the
defendant has the ability to do so).

Demarcus Vidale Coleman was ordered to participate in a
mandatory drug education/counseling program.  On or
about June 10, 2021, Demarcus Vidale Coleman failed to
participate in the program as instructed.

**June 10, 2021: Substance Abuse Assessment**
Vendor: Without Walls

NOTE: According to the vendor, Without Walls, they
made several unsuccessful phone calls to Mr. Coleman
and sent a text message during the week of June 14 – 18,
2021, in an attempt to reschedule his assessment.

On or about June 22, 2021, the vendor made contact with
him and identified themselves, along with the purpose of
their call. Unfortunately, Mr. Coleman terminated the
phone call. The vendor called him back and he did not
answer the phone.

U.S. Probation Officer Recommendation:
        The term of supervision should be:
    ☒    Revoked
    ☐    Extended for __ years, for a total of __ years.
☐        The conditions of supervision should be modified as follows:

PROB 12C                                    4

Petition for Warrant or Summons<br>for Offender Under Supervision

Name of Offender: Demarcus Vidale Coleman          Docket No: 2:16-CR-00194-AKK-JEO

I declare under penalty of perjury that the foregoing is<br>true and correct.

Executed On _____ June 28, 2021 _____

/s/ Smita Seard<br>Smita Seard<br>U.S. Probation Officer<br>205-716-2945

Approved By _____ /s James G. Cardwell _____

James G. Cardwell<br>Supervising U.S. Probation Officer

Probation Officer Recommends:
☐ Warrant   ☒ Summons   ☐ Warrant and Writ

---

## THE COURT ORDERS

☐      No Action

☐      The Issuance of a Warrant

☒      The Issuance of a Summons

☐      The Issuance of a Warrant and Writ

☐      Other

PROB 12C                                5

Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Demarcus Vidale        Docket No: 2:16-CR-00194-AKK-JEO
Coleman

# DIRECTIONS CONCERNING DETENTION OF DEFENDANT

☐        Detain Pending Revocation Hearing

☒        At Court's Discretion


**DONE** the 29th day of June 2021.


**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE