### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| **V.** ) | No. 2:16-CR-194-AKK-JEO |
| ) | |
| **DEMARCUS VIDALE COLEMAN** ) | |

### UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION HEARING

Demarcus Coleman, through undersigned counsel and without opposition from the Government, moves this Court to continue the final revocation hearing, currently scheduled for August 3, 2021, to allow Mr. Coleman to obtain an assessment for mental health treatment. As grounds for this motion, Mr. Coleman states:

1. Mr. Coleman appeared on a summons for an Initial Appearance on July 14, 2021 and was released on a bond the same day. (*See* Doc. 41).

2. The petition charges that Mr. Coleman failed to comply with the terms of his supervision by missing several scheduled appointments for drug and mental health assessments. (Doc. 36).

3. A final revocation hearing is currently set in this matter on August 3, 2021 at 1:30 p.m.

4. On July 16, 2021, Mr. Coleman completed an evaluation for substance abuse treatment and was determined not to require such treatment at this time. However, further assessment for mental health treatment has been recommended. Mr. Coleman is presently scheduled for a telehealth appointment on August 10, 2021 to evaluate his treatment needs.

5. Mr. Coleman respectfully requests that the final revocation hearing be reset to a date after August 10, 2021, so that he may complete his treatment assessment.

6. The undersigned has conferred with counsel for the United States, and the Government does not oppose this request.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/ Courtney Murtha**
COURTNEY MURTHA
Assistant Federal Public Defender
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
courtney_murtha@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2021, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

Respectfully submitted,

**/s/ Courtney Murtha**
COURTNEY MURTHA
Assistant Federal Public Defender