# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | Case Number: 2:16-00194-AKK-GMB |
| | ) | |
| DEMARCUS VIDALE COLEMAN | ) | |

## MOTION TO WITHDRAW PETITION FOR SUMMONS

RESPECTFULLY PRESENTING MOTION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 29, 2021, the Court ordered the Issuance of a Summons for defendant, Demarcus Vidale Coleman, in response to a Petition for Warrant or Summons for Offender Under Supervision presented by the United States Probation Officer. The alleged violations were as follow:

**Special Condition:** **Failure to keep counseling appointments as directed by the probation officer with the following vendors:**

Psychological Evaluations with Grayson & Associates
March 1, 2021 and April 29, 2021

**Special Condition:** **Failure to participate in a mandatory drug education/ counseling program:**

Substance Abuse Assessment with Without Walls
June 10, 2021

On July 26, 2021, the Court granted an Unopposed Motion to Continue Final Revocation Hearing previously set for August 3, 2021, to allow Mr. Coleman to obtain an assessment for mental health treatment. The Final Revocation Hearing was rescheduled for August 25, 2021, and 11:00 a.m.

Demarcus Vidale Coleman                                   Motion to Withdraw Petition
Page 2                                                    2:16-00194-AKK-GMB

Since the submission of the Petition and the Unopposed Motion to Continue, the following events have transpired:

1. On July 16, 2021, Mr. Coleman completed a substance abuse assessment and was determined not to require such treatment at this time.  However, he was recommended for additional mental health screening.

2. On August 10, 2021, Mr. Coleman participated in a telehealth appointment with Jefferson-Blount-St. Clair (JBS) Mental Health Authority Urgent Care Clinic.  JBS notified the probation officer that Mr. Coleman was actively receiving mental health services from Eastside Mental Health Center, including psychotropic medication.  JBS further advised that they were able to determine that Mr. Coleman had been receiving mental health services from the facility since January 2021.  Mr. Coleman failed to apprise the probation officer of his active mental health services despite multiple conversations with him about court-ordered mental health services.

3. The probation officer has since received medical records from Eastside Mental Health Center verifying his active treatment services from January 2021 to present.

4. Mr. Coleman has not been able to provide an explanation for his failure to disclose current mental health services other than being overwhelmed.  Additionally, the probation officer has since learned that he has been an active patient of Eastside Mental Health Center since childhood, and has experienced several inpatient psychiatric hospitalizations to address his mental health needs.

5. Mr. Coleman continues to suffer from verifiable mental health issues.

6. The probation officer met with Mr. Coleman's mother who acknowledged a myriad of family struggles, both past and present.  She has agreed to assist Mr. Coleman with his mental health appointments, medication and supervision compliance.

Demarcus Vidale Coleman                                     Motion to Withdraw Petition
Page 3                                                                    2:16-00194-AKK-GMB

**PRAYING THAT THE COURT WILL ORDER:** That the Petition for Summons for Demarcus Vidale Coleman which was previously submitted by the probation office be withdrawn.

I declare under penalty of perjury that the foregoing is true and correct:

Executed on August 20, 2021

/s/ Smita Seard
Sr. U.S. Probation Officer
(205) 716-2945

### ORDER OF COURT

Considered and ordered this 20th day of August, 2021 and ordered filed and made part of the records in the above case.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE